UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PABLO BRUM and SARA M. LYONS, | : | Case No. 18-CV-08332 (JPO) |
| Plaintiffs, | : | **ORDER OF DEFAULT JUDGMENT AS TO DEFENDANT GLAM AND GLITTER JEWELS CORPORATION INC.** |
| v. | : | |
| GLAM AND GLITTER JEWELS CORPORATION INC., and DOES 1-10, | : | |
| Defendants. | : | |

This action having been commenced on September 13, 2018 by the filing of a Summons and Complaint, with an Amended Complaint filed on February 8, 2019 and Summons issued to Defendant Glam and Glitter Jewels Corporation Inc. ("Glam and Glitter") on February 13, 2019, and a copy of the Amended Complaint and Summons served on Glam and Glitter on March 12, 2019 by the Clerk of Court's mailing of same via United States Postal Service requiring signed receipt, and proof of such service having been filed on March 25, 2019 and Glam and Glitter not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Default Judgment against Defendant Glam and Glitter Jewels Corporation Inc. is GRANTED; it is

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiff Pablo Brum $40,000 in statutory damages pursuant to 17 U.S.C. § 504; it is

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiff Pablo Brum $10,000 in statutory damages pursuant to 17 U.S.C. § 1203; it is

1

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiff Sara M. Lyons $40,000 in statutory damages pursuant to 17 U.S.C. § 504; it is

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiff Sara M. Lyons $10,000 in statutory damages pursuant to 17 U.S.C. § 1203; it is

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiffs $6,702.50 in reasonable attorneys' fees; it is

FURTHER ORDERED that Defendant Glam and Glitter Jewels Corporation Inc. shall pay to Plaintiffs $1,090.44 in costs; it is

FURTHER ORDERED that Plaintiffs shall be entitled to post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961.

Dated: February 5, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge